# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jason Crouch on behalf of Himself and on Behalf of All Others Similarly Situated, | )<br>)<br>)<br>) |
| Plaintiff, | ) **ORDER**<br>) |
| vs. | )<br>) Case No. 1:15-cv-150 |
| Missouri Basin Well Service, Inc., d/b/a/ MBI Energy Services and MBI Energy Logistics, LLC, | )<br>)<br>)<br>) |
| Defendants. | ) |

Before the court is the parties' "Joint Stipulation and Motion to Extend Scheduling Deadlines." The court **ADOPTS/GRANTS IN PART** the parties' joint stipulation and motion (Docket No. 20). The court's scheduling order shall be amended as follows:

1. The parties shall have until February 1, 2017, to complete fact discovery and file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff shall have until February 15, 2017, to provide the names of expert witnesses and complete reports.

    b. Defendants shall have until March 15, 2017, to provide the names of expert witnesses and complete reports.

    (Treating physicians need not prepare reports, only qualifications, unless they will express opinions not reflected in the medical records.) (Reports to be

1

served on other parties, but not filed with the court.)

3. The parties shall have until April 20, 2017, to complete depositions of expert witnesses.

4. The parties shall have until May 1, 2017, to file other dispositive motions (summary judgment as to all or part of the case).

**IT IS SO ORDERED.**

Dated this 8th day of June, 2016.

> */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court