# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jason Crouch on behalf of Himself and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Missouri Basin Well Service, Inc., d/b/a MBI Energy Services and MBI Energy Logistics, LLC, | ) ) ) ) | Case No. 1:15-cv-150 |
| Defendants. | ) | |

Before the court is a "Stipulation and Motion to Amend Scheduling Order." The court **ADOPTS** the stipulation and **GRANTS** the motion (Docket No. 59). The scheduling order shall be amended as follows:

1. The parties shall have until November 1, 2017, to complete fact discovery and to file discovery motions.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. All parties on any issues upon which they bear the burden of proof November 15, 2017;

    b. All parties on any issues upon which they do not bear the burden of proof December 15, 2017.

3. The parties shall have until February 17, 2018, to complete discovery depositions of expert witnesses.

4. The parties shall have until February 17, 2018, to file other dispositive motions (summary judgment as to all or part of the case).

The final pretrial conference set for May 1, 2018, shall be rescheduled for September 10, 2018, at 2:00 p.m. by telephone with the undersigned. The jury trial set for May 14, 2018, shall be rescheduled for September 24, 2018, at 1:30 p.m. in Bismarck before Chief Judge Hovland. An eight (8) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 1st day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court