IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| JASON CROUCH on Behalf of Himself and on Behalf of All Others Similarly Situated,<br><br>v.<br><br>MISSOURI BASIN WELL SERVICE, INC. d/b/a MBI ENERGY SERVICES and MBI ENERGY LOGISTICS, LLC | ) ) ) ) ) ) ) ) ) ) ) | **MOTION TO APPEAR PRO HAC VICE**<br><br>Case No.  1:15-CV-150 |

Meredith R. Harrison, an attorney for Kennedy Hodges, LLP moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for consideration by the Court:

| | |
|---|---|
| State of Residence: | Texas |
| Office/Firm Address: | KENNEDY HODGES, LLP<br>4409 Montrose Blvd., Suite 200<br>Houston, TX 77006 |
| Telephone Number (office): | 713-523-0001 |
| E-mail Address (office): | mharrison@kennedyhodges.com |
| Legal Training: | Boston College Law School<br>05/2012 |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | State Bar of Texas<br>Bar No: 24084788 |
| Trial Experience: | I have have tried more than 10 cases to verdict. I was part of a trial team for a large civil commerial case in Dallas County. |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | None. |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 5th day of May             .

*[Signature]*

Signature of Movant

Meredith R. Harrison
KENNEDY HODGES, LLP
4409 Montrose Blvd., Suite 200
Houston, TX 77006

713-523-0001
mharrison@kennedyhodges.com