# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Jason Crouch on Behalf of Himself and on Behalf of All Others Similarly Situated, | ) ) ) | |
| Plaintiffs, | ) ) | **ORDER RE ADMISSION** **PRO HAC VICE** |
| vs. | ) ) | |
| Missouri Basin Well Service, Inc. d/b/a MBI Energy Services and MBI Energy Logistics, LLC, | ) ) ) ) | |
| | ) | Case No. 1-15-cv-150 |
| Defendants. | ) | |

Before the court is a motion for attorney Meredith R. Harrison to appear *pro hac vice* on the plaintiffs' behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Harrison has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Harrison has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 65) is **GRANTED**. Attorney Harrison is admitted to practice before this court in the above-entitled action on behalf of the plaintiffs.

**IT IS SO ORDERED.**

Dated this 11th day of May, 2017.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge